UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 421 1st AVENUE SOUTH, LLC d/b/a COWGIRLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREAT LAKES INSURANCE SE, an insurance company, <br><br> Defendant. | No.: C22-637-RSL-MLP <br><br> STIPULATED MOTION TO STAY <br><br> NOTE ON MOTION CALENDAR: <br> May 12, 2022 |

Plaintiff 421 1st Avenue South, LLC d/b/a Cowgirls, Inc. ("Cowgirls") and Defendant Great Lakes Insurance SE ("Great Lakes") submit this Stipulated Motion to Stay this case pending the Washington Supreme Court's decision in *Hill & Stout PLLC v. Mutual of Enumclaw Insurance Co.*, No. 100211-4 (review granted Jan. 5, 2022) ("*Hill & Stout*").

The Washington Supreme Court granted discretionary review in *Hill & Stout*, which, like this matter, involves a dispute over insurance coverage for alleged business interruption losses attributed to COVID-19 and/or government closure orders. *Hill & Stout* is scheduled for oral argument on June 28, 2022. The court's decision in *Hill & Stout* may impact central legal questions in this case.

STIPULATED MOTION TO STAY  
NO.: C22-637-RSL-MLP

PAGE 1

Bullivant|Houser|Bailey PC  
925 Fourth Avenue, Suite 3800  
Seattle, Washington 98104  
Telephone: 206.292.8930

28861421V.1

Therefore, the parties jointly request to stay this matter, including discovery and all deadlines, pending the Washington Supreme Court's decision in *Hill & Stout*. The parties expressly agree that this stipulation and proposed stay do not waive any rights or defenses, including but not limited to defenses listed in Federal Rule of Civil Procedure 12(b) or 12(c). The parties further agree to file a Status Report within sixty (60) days of that decision to provide the Court with an update on the case status.

Dated: May 12, 2022.

| BULLIVANT HOUSER BAILEY PC | KELLER ROHRBACK LLP |
|---|---|
| By: *s/ Jared F. Kiess* <br> Daniel R. Bentson, WSBA #36825 <br> Email: dan.bentson@bullivant.com <br> Jared F. Kiess, WSBA #54532 <br> Email: jared.kiess@bullivant.com <br><br> *Attorneys for Defendant* | By: *s/ Gabriel E. Verdugo* <br> Gabriel E. Verdugo, WSBA #44154 <br> Email: gverdugo@kellerrohrback.com <br><br> By: *s/ Nathan L. Nanfelt* <br> Nathan L. Nanfelt, WSBA #45273 <br> Email: nnanfelt@kellerrohrback.com <br><br> CRANE DUNHAM PLLC <br><br> By: *s/ Stephen J. Crane* <br> Stephen J. Crane, WSBA #4932 <br> Email: scrane@cranedunham.com <br><br> *Attorneys for Plaintiff* |

**ORDER**

Based on the parties' stipulation, this matter is STAYED, including discovery and all current deadlines, pending the Washington Supreme Court's decision in *Hill & Stout*, or until **November 21, 2022**, whatever occurs earlier. The parties shall file a Status Report within **sixty (60) days** of the Washington Supreme Court's decision, or otherwise by **November 21,**

STIPULATED MOTION TO STAY
NO.: C22-637-RSL-MLP
PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

28861421V.1

**2022**, to update the Court on the case status.

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2022.

*/s/ Michelle L. Peterson*
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION TO STAY
NO.: C22-637-RSL-MLP

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

28861421V.1