THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 421 1ST AVENUE SOUTH, LLC d/b/a COWGIRLS, INC.<br><br>Plaintiff,<br><br>v.<br><br>GREAT LAKES INSURANCE SE, an insurance company,<br><br>Defendant. | No.: 2:22-cv-00637-RSL-MLP<br><br>STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff 421 1st Avenue South, LLC d/b/a Cowgirls, Inc., and Defendant Great Lakes Insurance SE (collectively, the "Parties") stipulate that the claims asserted against Defendant by Plaintiff in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice, without an award of costs or fees to any of the Parties, and with the Parties waiving any right of appeal. Defendant has not made or agreed to make any payment in exchange for this stipulation.

STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE
NO.: 2:22-CV-00637-RSL-MLP

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: September 15, 2022

| KELLER ROHRBACK, LLP | BULLIVANT HOUSER BAILEY PC |
|---|---|
| s/ Nathan L. Nanfelt<br>Gabriel E. Verdugo, WSBA #44154<br>E-mail: gverdugo@kellerrohrback.com<br>Nathan L. Nanfelt, WSBA #45273<br>E-mail: nnanfelt@kellerrohrback.com | s/ Daniel R. Bentson<br>Daniel R. Bentson, WSBA #36825<br>E-mail: dan.bentson@bullivant.com<br>Jared F. Kiess, WSBA #54532<br>E-mail: jared.kiess@bullivant.com |
| *Attorneys for 421 1st Avenue South, LLC d/b/a Cowgirls, Inc.* | *Attorneys for Defendant Great Lakes Insurance SE* |

CRANE DUNHAM PLLC

s/ Stephen J. Crane
Stephen J. Crane, WSBA #4932
E-mail: scrane@cranedunham.com

*Attorneys for 421 1st Avenue South, LLC d/b/a Cowgirls, Inc.*

IT IS SO ORDERED this  19th  day of September 2022.

_____
THE HONORABLE ROBERT S. LASNIK

4882-3647-6979.1

STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE
NO.: 2:22-CV-00637-RSL-MLP

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930